United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **YOLANDA SCOTT,** § | |
| § | |
| *Plaintiff,* § | |
| VS. § | **CIVIL ACTION NO. 4:23-cv-01752** |
| § | |
| **ALLSTATE VEHICLE AND** § | |
| **PROPERTY INSURANCE COMPANY,** § | |
| § | |
| *Defendant.* | |

## CONDITIONAL ORDER OF DISMISSAL

The parties have filed a Notice of Settlement. ECF No. 12. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of March, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE